UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA CASTELLI and
JOSEPH CASTELLI

    Plaintiffs,

CASE NO:

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

COME NOW Plaintiffs, SANDRA CASTELLI and JOSEPH CASTELLI, by and through their undersigned counsel and hereby sue the Defendant, UNITED STATES OF AMERICA, and in support thereof states the following:

## JURISDICTION AND VENUE

1. This action is brought under the Federal Torts Claim Act, 28 U.S.C. § 1346(b), 2401 (b), 2671-2680, and is otherwise within the subject matter jurisdiction of this Court by 28 U.S.C. § 1346(b).

2. The Plaintiffs have exhausted their administrative remedies by complying with all conditions precedent to filing this action. Pursuant to 28 U.S.C. Section 2675(a) the claims set forth herein were presented to the United States Postal Service on September 28, 2021.

3. More than six months before this action was instituted, the claims set forth herein were presented to the United States Postal Service. As of the date this action was instituted, the agency has never denied said claims.

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. Section

1402(b).

## PARTIES

5. Plaintiff, Sandra Castelli, is a citizen of the United States and resides in Hillsborough County, Florida, within the confines of this Court.

6. Plaintiff, Joseph Castelli, is a citizen of the United States and resides in Hillsborough County, Florida, within the confines of this Court.

7. At all times material hereto, Defendant, United States of America, was acting in the name of its agency, United States Postal Service, with offices in the State of Florida.

## FACTS

8. On or about April 24, 2021, the Defendant, United States of America, owned and its employee James Arnold Ducat operated, with the express and/or implied permission of the United States of America, a 1993 Grumm Mail Truck, VIN #1GBCS10A4P2908928 north on Lithia Pinecrest Road just south of its intersection with Guiles Road in Hillsborough County, Florida.

9. At such time and place, James Arnold Ducat was an employee of the United States Postal Service, an agency of the United States of America, and acted within the scope of his employment.

10. At that time and place, Plaintiff, Sandra Castelli, was riding as a passenger in a vehicle driven by her husband, Joseph Castelli, traveling on their way to church north on Lithia Pinecrest Road just south of its intersection with Guiles Road.

11. As the Castelli vehicle was coming to a stop for traffic ahead, James A. Ducat, carelessness and negligently operated and controlled the 1993 Grumm Mail Truck by crashing into the rear of the Castelli vehicle at a high rate of speed propelling the Castelli vehicle forward into the vehicle traveling ahead, which was driven by Allen Freshour.

## COUNT I - NEGLIGENCE AS TO PLAINTIFF SANDRA CASTELLI

Plaintiff, Sandra Castelli, re-asserts and re-alleges paragraphs 1-11 as if fully set forth herein.

12. As a direct and proximate result of the negligent conduct of James A. Ducat, for which the Defendant, United States of America, is vicariously liable, the Plaintiff, Sandra Castelli, suffered post traumatic left wrist injuries requiring the need for two serious surgeries and resulting in permanent functional deficits, scarring, and deformity of the left wrist. In addition to the left wrist injuries, Sandra Castelli also suffered a moderate displaced fracture of the fifth metatarsal of the right hand with dorsal angulation.

13. Further, as a direct and proximate result of the negligent conduct of James A. Ducat, for which the Defendant, United States of America, is vicariously liable, the Plaintiff, Sandra Castelli, sustained the following past and future damages:

   a. Bodily injury;
   b. Great physical pain and suffering;
   c. Disability and inability and loss of capacity to lead and enjoy a normal life;
   d. Inconvenience;
   e. Physical impairment;
   f. Disfigurement and scarring;
   g. Loss of or diminution of earnings or earning capacity;
   h. Aggravation of an existing disease or physical defect;
   i. Permanent injury within a reasonable degree of medical probability; and
   j. Medical and related expenses, past and future, incurred in seeking a cure for her injuries.

14. If Defendant were a private person, it would be liable to the Plaintiff in accordance with the laws of the State of Florida.

WHEREFORE, Plaintiff, SANDRA CASTELLI, demands judgment against Defendant, UNITED STATES OF AMERICA, and requests a trial by jury on all issues so triable, and requests such other relief to which Plaintiff may be justly entitled.

### COUNT II - LOSS OF CONSORTIUM CLAIM OF JOSEPH CASTELLI

Plaintiff, Joseph Castelli, re-asserts and re-alleges paragraphs 1-11 as if fully set forth herein.

15. At all times material, Plaintiff, Joseph Castelli, lived with and was the husband of the Plaintiff, Sandra Castelli.

16. As a further result, Plaintiff, Joseph Castelli, lost the services, support, attention, society, consortium and companionship of his wife, Sandra Castelli.

17. If Defendant were a private person, it would be liable to the Plaintiff in accordance with the laws of the State of Florida.

WHEREFORE, Plaintiff, JOSEPH CASTELLI, demands judgment against Defendant, UNITED STATES OF AMERICA, and requests a trial by jury on all issues so triable, and requests such other relief to which Plaintiff may be justly entitled.

### COUNT III – PROPERTY DAMAGE CLAIM OF JOSEPH CASTELLI

Plaintiff, Joseph Castelli, re-asserts and re-alleges paragraphs 1-11 as if fully set forth herein.

18. At all times material, Plaintiff, Joseph Castelli, was the owner of the 2018 Chevy Equinox involved in the subject accident. As a result of the accident, the vehicle was damaged and determined to be a total loss.

19. The property damage to the 2018 Chevy Equinox was handled by Geico General Insurance Company, the Castelli's automobile insurer.

20. Joseph Castelli had to pay the $1,000 deductible which has not been reimbursed.

WHEREFORE, Plaintiff, JOSEPH CASTELLI, demands judgment against Defendant, UNITED STATES OF AMERICA, and requests a trial by jury on all issues so triable, and requests such other relief to which Plaintiff may be justly entitled.

/s/ Mac A. Greco, III
MAC A. GRECO, III
GRECO & WOZNIAK, P.A.
501 N. Morgan Street, Suite 200
Tampa, FL 33602-3905
Florida Bar No: 0502596
(813) 223-7849
(813) 229-6846 - Facsimile
Primary treyg@grecowozniakpa.com
Secondary jessicad@grecowozniakpa.com
ATTORNEY FOR PLAINTIFFS